UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Juan Carlos Arevalo Navarro, ) | |
| Petitioner, ) | |
| ) | Civil Action No. 26-CV-10177-AK |
| v. ) | |
| Patricia Hyde et al, ) | |
| Respondent (s). ) | |

### ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 11] entered on 2/11/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 2/19/2026                                                                    By the Court,

/s/ Courtney Horvath
Deputy Clerk